**Order entered November 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01161-CV

### IN THE INTEREST OF J.M., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-98-14563-Z**

## ORDER

We **GRANT** appellant's November 19, 2015 amended motion for substitution of counsel and **DIRECT** the Clerk of the Court to remove David P. Housel Jr. as counsel for appellant and substitute Charles "Chad" Baruch in his place. We further **GRANT** appellant's November 19, 2015 amended motion to submit appeal with reporter's record and for extension of time. We **VACATE** our November 16, 2015 order submitting the appeal without the reporter's record and **ORDER** Glenda Johnson, Official Court Reporter of the 256th Judicial District Court, to file the reporter's record no later than December 28, 2015. Appellant shall file his brief within thirty days of the filing of the reporter's record.

A copy of this order shall be sent to Ms. Johnson and counsel for all parties.

/s/     CRAIG STODDART
              JUSTICE